AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN CRAWFORD,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 321-052

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of January 11, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and the Acting Commissioner's final decision is affirmed. Judgment is entered in favor of the Acting Commissioner, and this civil action stands closed.

01/11/2023
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020